UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ZURICH AMERICAN INS. CO., | ) | Case No.: 17-cv-01029-WBS-KJN |
| Plaintiff, | ) ) | ORDER RE: STIPULATION TO DISMISS CASE WITH PREJUDICE |
| vs. | ) ) | |
| WAUSAU BUSINESS INS. CO., | ) ) | |
| Defendants. | ) ) | |

The Court, having considered the stipulation of the parties and good cause appearing, orders that this case is dismissed with prejudice with each party bearing their own fees and costs.

IT IS SO ORDERED.


DATED:  November 29, 2017
                                                    /s/ JOHN A. MENDEZ
                                                    for WILLIAM B. SHUBB
                                                    JUDGE, U.S. DISTRICT COURT

ORDER                                                    Case No.: 17-cv-01029-WBS-KJN

DM1\8271841.1